UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SAMIRA LILIC,

                Plaintiff,

          -v-                        6:14-CV-1420
                                          (DNH/ATB)

CAROLYN W. COLVIN,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

SAMIRA LILIC, plaintiff pro se

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Plaintiff Samira Lilic filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for supplemental security income benefits and disability insurance benefits under the Social Security Act. By Report-Recommendation dated January 19, 2016, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that the decision of the Commissioner be affirmed and the complaint be dismissed. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore,

it is ORDERED that

Plaintiff's complaint is **DISMISSED**.

The Clerk of the Court shall enter judgment and close the case.

IT IS SO ORDERED.

United States District Judge

Dated: February 18, 2016
        Utica, New York